## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hunter Killer Productions, Inc., ) | |
| ) | Case No: 19 C 3594 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Does 1 - 27 ) | |

### ORDER

After a careful review of this recently filed complaint, plaintiff is authorized to proceed with expedited discovery and issue subpoenas to determine the identity of the appropriate individual defendants. In the meantime, the current Doe complaint will be dismissed without prejudice to the filing of an appropriate amended complaint which actually names defendants that can be properly joined together in one lawsuit. All discovery and third party subpoenas must be complied with even though the original Doe complaint is dismissed without prejudice.

/s/ _____

Dated: May 31, 2019                                  Chief Judge Ruben Castillo